# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

LEXY A. LAREZ,

    **Plaintiff,**

**v.**                                         **Case No. 8:09-CV-1010-T-30EAJ**

**DEPARTMENT OF HOMELAND
SECURITY, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Before the court is Plaintiff's **Affidavit of Indigency** (Dkt. 6), which the court construes as a motion for leave to proceed in forma pauperis.

The in forma pauperis statute, 28 U.S.C. § 1915 (hereinafter "§ 1915"), permits the court to authorize the "commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor" by an indigent person. The statute "is designed to ensure that indigent litigants have meaningful access to the federal courts." Neitzke v. Williams, 490 U.S. 319, 324 (1989) (citation omitted). A trial court has wide discretion in determining whether to grant or deny a motion filed pursuant to § 1915. Martinez v. Kristi Kleaners, Inc., 364 F.3d 1305, 1306 (11th Cir. 2004) (per curiam) (citations omitted). When presented with a motion to proceed in forma pauperis, the court should first consider only "whether the statements in the affidavit satisfy the requirements of poverty," and the court should accept the statements in the affidavit as true absent a serious misrepresentation. Id. at 1307 (citations omitted). A litigant need not be "absolutely destitute" to qualify as indigent for purposes of § 1915. Id.

Plaintiff's affidavit reveals that he earns $2,120.00 per month in income and has received

$12,000 in pensions, annuities, or life insurance payments within the last twelve months. He owns a house worth $180,000 against which he owes $166,000. Finally, he has $40,000 in cash. In light of Plaintiff's assets and income, Plaintiff's affidavit does not reveal the requisite inability to pay the cost of filing an action.

Accordingly and upon consideration, it is **RECOMMENDED** that:

(1)    Plaintiff's motion for leave to proceed in forma pauperis (Dkt. 6) be **DENIED**.

**Date:  August 20, 2009**


ELIZABETH A JENKINS
United States Magistrate Judge


NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal.  28 U.S.C. § 636(b)(1).

Copies to:
Pro se Plaintiff
District Court Judge