# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LEXY A. LAREZ, *pro se*,

    Plaintiff,

v.                                                Case No: 8:09-CV-1010-T-30EAJ

DEPARTMENT OF HOMELAND
SECURITY, et al.,

    Defendants.
_____/

# **ORDER**

**THIS CAUSE** came on for consideration upon the Reports and Recommendations submitted by Magistrate Judge Elizabeth Jenkins (Dkts. #8, #9). The Court notes that neither party filed written objections to the Reports and Recommendations and the time for filing such objections has elapsed.

After careful consideration of the Reports and Recommendations of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Reports and Recommendations should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Reports and Recommendations (Dkts. #8, #9) of the Magistrate Judge are adopted, confirmed, and approved in all respects and are made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #6) is DENIED.

3. Plaintiff's Motion to the Courts to Appoint an Attorney (Dkt. #7) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on September 4, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2009\09-cv-1010.adopt 8.wpd