UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LEXY A. LAREZ,**

    **Plaintiff,**

v.                                                             Case No.  8:09-cv-1010-T-30EAJ

**DEPARTMENT OF HOMELAND**
**SECURITY and TRANSPORTATION**
**SECURITY ADMINISTRATION,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss, or, in the Alternative, to Set a Specific Deadline for Service (Dkt. 22) and Plaintiff's Response in Opposition (Dkt. 28).  The Court, having reviewed the motion, response, and being otherwise advised in the premises, concludes that the motion should be granted to the extent that Plaintiff shall effect proper service of process on the United States by December 17, 2010.

The United States points out that, although Plaintiff, who was originally pursuing this action *pro se*, correctly served the Department of Homeland Security, Plaintiff failed to complete proper service under Fed. R. Civ. P. 4(i), by effecting service on the United States.  The Court agrees.  Service on an officer or agency of the United States will only be complete after the United States has been served by delivering a copy of the summons and complaint to the United States Attorney for the district in which the action is brought, and by sending a copy of the summons and complaint by registered or certified mail to the Attorney General

of the United States in Washington D.C. Fed. R. Civ. P. 4(i); *see also Korkala v. National Sec. Agency/Central Sec. Service*, 107 F.R.D. 229, 230 (D.C. N.Y. 1985).

Accordingly, the Court will allow Plaintiff to complete service on the United States as set forth in Rule 4(i) by no later than December 17, 2010. If service is not completed by that time, this case will be dismissed without prejudice without further notice.

It is therefore ORDERED AND ADJUDGED that Defendant's Motion to Dismiss, or, in the Alternative, to Set a Specific Deadline for Service (Dkt. 22) is GRANTED to the extent set forth herein.

**DONE** and **ORDERED** in Tampa, Florida on November 19, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-1010.mtdismissDkt22.frm