April 16, 2014

United States District Court
Middle District of Florida, Tampa Division
ATTN: Clerk of Court
Tampa, Florida 33602

Mr. Lexy Alex Larez (Plaintiff)
8183 N. Winding Trail
Prescott Valley, Arizona 86315

**RE: Motion for Re Consideration of Case No. 8:09-CV-1010-T-30EAJ, Lexy A. Larez v. Department of Homeland Security (DHS)/Transportation Security Administration (TSA)**

Dear Ms. Loesch,

Greetings from the State of Arizona. Recently I placed a phone call to your location inquiring just what must be done in having one's case reviewed with the intent in having it reinstated to active status and with this said, I present this very request.

**MISSION STATEMENT:** I, Lexy A. Larez, understand the gravity and magnitude of my motion for re consideration and I sincerely thank the court for your review. On that note and to whom ever is tasked to review this request, I submit to you that my statements both then and now imply no direct nature of disrespect to anyone's' integrity especially that of the Honorable Judge James S. Moody Jr., assigned to my case. But it must be brought to light and by his very actions in overriding my request on record, that I elected to have my case and it's outcome be determined solely by a jury of my peers is exactly what was denied by Judge Moody Jr. Instead I had to read what I consider nothing less that page filler with cases he deemed that of the same? In his decree of judgment not one Federal case will reflect such as mine and it is my hope someone will recognize the merits of this case as there's inherently two sides that must be heard, but instead I came away with this instead, *"That there's something both fundamentally and judicially wrong when one is relegated to be nothing more than alleged."*

The DHS on or about 2003-04, openly admitted that they had placed more intensity and scrutiny in it's investigation of the Screening Officers to be hired, than it placed on those who were hired in leadership positions i.e., airport Security Directors and Management Staff resulting in massive operational issues nation wide. To suggest that this same dereliction of duties displayed by the above couldn't have taken place at our assigned airport, is no isolated issue for the Attorney's of the DHS, and did cleverly disguised once again the need to have done so. Let the record show that I assert once again that my case before you, can and would, quickly show that we at the Saint Petersburg/Clearwater International Airport (PIE), Clearwater, Florida, worked daily in a hostile environment in the very issues that other airports themselves saw the complete firing of it's Director and Management staff.

Upon being wrongfully terminated on December 20, 2005, I quickly contacted the Office of the Equal Employment Opportunity Commission (EEOC) and was in remarkable quick fashion responded to. The EEOC after reading thoroughly accepted my plea for help followed by appointing a case number as follows, **TSAF-05-0620** and assigned an independent investigator from the agency of record, JDG Associated, Inc. who in turn sent Investigator, Mr. Nick Lee to compile evidence to my allegations. Both the DHS/TSA and myself were given copies to this action.

The period of investigation was January-April 2006, and was submitted to the EEOC on April 28, 2006 by Mr. Lee once completed. A copy was additionally sent on behalf of the TSA as reflected on the Report of Investigation to:

**U.S. DEPARTMENT OF HOMELAND SECURITY**

**Mr. Phillip Hepperle**
**Transportation Security Administration**
**Office of Civil Rights, TSA-6**
**601 South 12th Street**
**Arlington, VA 22202**

Attached you will find the very letter sent by myself this past November 2013 to Mr. Middlebrook who I thought would have been the point of contact towards my request for motion? Not having heard back for some time now, is why I placed a phone call only to find out that it was misdirected on my part.

As you read the last two charges levied on me as reason for discharging me for the good of the mission of the DHS/TSA, you'll be quickly insulted as I was to the charges given. My final remark is simply this. The attorney staff of the DHS/TSA and for good reason, cleverly marginalized my submissions further exacerbated by the actions taken by Judge Moody Jr. is what I base my request on. *"We must first get the facts straight, then they can be distorted as they please."* My goal is clear and has been for seven plus years now, is to be exonerated of all falsehoods. Thank You

Respectfully Submitted,

Mr. Lexy A. Larez
Plaintiff